IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | 1:15CR281-1 |
| | : | |
| HENRY ALAN LEE | : | |

FILED

OCT 2 6 2015

IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By KG

The Grand Jury charges:

### COUNT ONE

From in or about July 2014, continuing up to and including on or about March 20, 2015, the exact dates to the Grand Jurors unknown, in the Counties of Lee, Moore, and Randolph, in the Middle District of North Carolina, and elsewhere, HENRY ALAN LEE knowingly did receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

### COUNT TWO

On or about March 20, 2015, in the County of Lee, in the Middle District of North Carolina, HENRY ALAN LEE did knowingly possess materials which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), said child pornography containing an image that involved a prepubescent

minor and a minor who had not yet attained 12 years of age, and which materials had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged above, the defendant, HENRY ALAN LEE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252A, and all property, real or personal, used or intended to be used to commit or promote the commission of the offense of conviction, including but not limited to the following items that were obtained from defendant on March 20, 2015:

  a.  One black HP G7 laptop computer, serial number 5cd2510nrs; and

  b.  One PNY 32 gigabyte thumb drive.

All in accordance with Title 18, United States Code, Section 2253, and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL:

ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY

3