FILED: April 19, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4217
(1:15-cr-00281-LCB-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

HENRY ALAN LEE

       Defendant - Appellant

_____

O R D E R

_____

The court appoints the Federal Public Defender for the Middle District of North Carolina to represent Henry Alan Lee on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk